# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEONARD LEWIS

NO. 2025 KW 0857

**NOVEMBER 26, 2025**

---

In Re:    Leonard Lewis, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, Nos. 128883, 22-CR5-149507.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT GRANTED.** The district court is ordered to act, if it has not already done so, on relator's motion for a determinate and/or concurrent sentence, filed March 21, 2025, on or before January 5, 2026. A copy of the district court's action shall be filed in this court on or before January 12, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT